UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BRANDON E. WALLIS, <br><br> Plaintiff, <br><br> v. <br><br> STATE COLLECTION SERVICES, INC., <br><br> Defendant. | Case No. 2:18-cv-00106-PP <br><br> Honorable Judge Pamela Pepper |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE BRANDON E. WALLIS ("Plaintiff"), hereby notifies the Court that the Plaintiffs and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 20th day of July 2018.

/s/ Marwan R. Daher
Marwan R. Daher, #6325465
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Marwan R. Daher<br>
Marwan R. Daher