UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BRANDON E. WALLIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICES, INC.,<br><br>Defendant. | Case No.: 2:18-cv-00106-PP<br><br>Honorable Judge Pamela Pepper |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRANDON E. WALLIS and the Defendant, STATE COLLECTION SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 28, 2018               Respectfully Submitted,

**BRANDON E. WALLIS**               **STATE COLLECTION SERVICES, INC.**

*/s/ Marwan R. Daher*                */s/ Patrick D. Newman (with consent)*
Marwan R. Daher                      Patrick D. Newman
*Counsel for Plaintiff*              *Counsel for Defendant*
Sulaiman Law Group, Ltd.             Bassford Remele
2500 S. Highland Ave., Ste. 200      100 South Fifth Street, Suite 1500
Lombard, Illinois 60148              Minneapolis, Minnesota 55402
Phone: (630) 575-8181                Phone: (612) 333-3000
mdaher@sulaimanlaw.com               pnewman@bassford.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher